**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **VALMONT INDUSTRIES, INC.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**LINDSAY CORPORATION,**<br><br>　　Defendant. | **Civil Action No. 15-cv-42-LPS-CJB**<br><br>**Jury Trial Demanded** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D. Del. LR 7.1.2(b), and in support of its Opposition to Lindsay's Motion to Dismiss the First Amended Complaint (D.I. 36), Plaintiff Valmont Industries, Inc. respectfully submits this notice of supplemental authority regarding a recent decision by the Federal Circuit in *Lifetime Industries, Inc. v. Trim-Lock, Inc.*, 2017 U.S. App. LEXIS 17257 (Fed. Cir. Sept. 7, 2017), attached as Exhibit A, for the Court's consideration.

The Federal Circuit's opinion in *Lifetime* further supports denial of Lindsay's motion to dismiss. In *Lifetime*, the Federal Circuit noted that at the pleading stage in patent infringement cases, "complaints concerning lack of detail ask for too much." *Id.* at *14. The Federal Circuit reiterated that its "precedent requires that a complaint place the alleged infringer 'on notice of what activity . . . is being accused of infringement." *Id.* (quoting *K-Tech Telecomms., Inc. v. Time Warner Cable, Inc.*, 714 F.3d 1277, 1284 (Fed. Cir. 2013)). This requirement is met if the complaint identifies "where the alleged infringement occurred," "when it occurred," "who performed the allegedly infringing act," and "why." *Id.*

Dated: September 19, 2017	Respectfully submitted,

By:	*/s/ Susan E. Morrison*
Susan E. Morrison (#4690)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

*Counsel for Plaintiff
Valmont Industries, Inc.*

2